# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. CV 22-03313 MWF (RAO)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 30, 2022

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE